JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES AGENCIES, et al.,<br><br>    Defendants. | Case No. 8:25-cv-01954-JVS-KES<br><br>ORDER DISMISSING ACTION FOR LACK OF CAPACITY, FAILURE TO PROSECUTE |

    Jack R. Finnegan ("Plaintiff") purported to file this action on September 2, 2025. (Dkt. 1 ("Complaint").) On September 5, 2025, the Court issued an Order re Lack of Capacity. (Dkt. 5.) The Order found that Plaintiff lacks the capacity to commence or continue any litigation and that only Plaintiff's Conservator, Peter Kote, may do so on Plaintiff's behalf. (Id. at 1.) The Order required Plaintiff's conservator to file a motion to substitute as conservator acting on Plaintiff's behalf by September 26, 2025, if he intended to pursue the case. (Id. at 3.) The Order stated that if no motion to substitute is filed by that deadline, the action might be dismissed without prejudice. (Id.) As of the date of this order, no motion to substitute has been filed by Mr. Kote, and the deadline to do so has passed.

1 | The Court finds that Plaintiff cannot proceed in this action without his
2 | conservator.  Plaintiff's conservator has not substituted in or otherwise prosecuted
3 | this case.  Therefore, the action is dismissed without prejudice for lack of capacity
4 | and/or failure to prosecute.

**IT IS SO ORDERED.**

DATED: October 1, 2025

_Karen E. Scott_
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE